This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

    Plaintiff-Appellant,

v.                      **NO. 35,982**

**HECTOR VEGA,**

    Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**Mark Terrence Sanchez, District Judge**

Hector H. Balderas, Attorney General
Marko D. Hananel, Assistant Attorney General
Santa Fe, NM

for Appellant

Templeman & Crutchfield
C. Barry Crutchfield
Lovington, NM

for Appellee

**MEMORANDUM OPINION**

**ZAMORA, Judge.**

{1}     In its docketing statement, the State sought to appeal from the district court's judgments and sentences, filed in D-506-CR-2015-00484 and D-506-CR-2014-00755. This Court issued a notice of proposed disposition, proposing to dismiss the State's appeal. In response, the State filed a notice of its intent not to file a memorandum in opposition to our notice of proposed disposition. Accordingly, we rely on the reasoning contained in our notice of proposed disposition and dismiss the State's appeal.

**IT IS SO ORDERED.**

_____

**M. MONICA ZAMORA, Judge**

**WE CONCUR:**

_____

**JONATHAN B. SUTIN, Judge**

_____

**J. MILES HANISEE, Judge**